BEFORE THE THIRD DIVISION, MARCH 1, 1951

**No. 55284.**—Raphael H. Elmaleh et al. *v.* United States, protests 140982–K, etc. (New York).

Opinion by CLINE, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 55285.**—Wm. Adams, Inc., et al. *v.* United States, protests 150961–K, etc. (New York).

Opinion by CLINE, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 55286.**—D. & A. Sclafani and William Turino Co. *v.* United States, protests 163614–K and 165186–K (New York).

Opinion by CLINE, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 55287.**—F. Ducharne Silk Co., Inc., et al. *v.* United States, protests 126012–K, etc. (New York).

Opinion by EKWALL, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 55288.**—R. H. Macy & Co., Inc., et al. *v.* United States, protests 126787–K, etc. (New York).

Opinion by EKWALL, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 55289.**—Geo. E. Mallinson Importing Co., Inc. *v.* United States, protests 138109–K, etc. (New York).

Opinion by EKWALL, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 55290.**—James E. Fox & Co., Inc., et al. *v.* United States, protests 166907–K, etc. (New York).

Opinion by EKWALL, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 55291.**—Lily Lake Cheese Co., Inc. *v.* United States, protest 146688–K (New York).

Opinion by JOHNSON, J.   Following the authorities cited in Abstract 15400 the court dismissed the protest.